# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

JOSEPHINE BENSON,

    Plaintiff,

v.                          Case No. 2:18-cv-2874-MSN-cgc

OCWEN LOAN SERVICING, LLC,

    Defendant.

## ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS

Before the Court is the parties' Joint Motion to Stay Proceedings, which was filed on January 23, 2019. (ECF No. 11.) Upon review, the Court finds the Motion is well taken and is hereby GRANTED. Accordingly, the matter is stayed for a period of six (6) months, through and including July 12, 2019.

**IT IS SO ORDERED** on this 29th day of January, 2019.

                                              s/ Mark S. Norris
                                              MARK S. NORRIS
                                              UNITED STATES DISTRICT JUDGE