UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

JOSEPHINE BENSON,

   Plaintiff,

-vs-                                   CASE NO.: 2:18-CV-02874-MSN-CGC

OCWEN LOAN SERVICING, LLC,

   Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Josephine Benson, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically furnished on this 1st day of August, 2019 to: Adam C. Ragan, Esquire, 1445 Ross Avenue, Suite 3700, Dallas, Texas 75202 (aragan@hunton.com).

                                                */s/Frank H. Kerney, III, Esquire*
                                                Frank H. Kerney, III, Esquire
                                                BPR #: 035859
                                                Morgan & Morgan, Tampa, P.A.
                                                One Tampa City Center
                                                201 North Franklin Street, 7th Floor
                                                Tampa, FL 33602
                                                Telephone: (813) 223-5505
                                                Facsimile:  (813) 223-5402
                                                fkerney@forthepeople.com
                                                snazario@forthepeople.com
                                                mmartinez@forthepeople.com
                                                *Counsel for Plaintiff*