# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## MEMPHIS DIVISION

JOSEPHINE BENSON,

    Plaintiff,

-vs-                                 CASE NO.:  2:18-CV-02874-MSN-CGC

OCWEN LOAN SERVICING, LLC,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Josephine Benson, and the Defendant, Ocwen Loan Servicing, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

    Respectfully submitted this 23rd day of September, 2019.

| | |
|---|---|
| */s/ Frank H. Kerney, III, Esquire* | */s/ Adam C. Ragan* |
| Frank H. Kerney, III, Esquire | Adam C. Ragan, Esquire |
| BPR #: 035859 | BPR #: 028557 |
| Morgan & Morgan, Tampa, P.A. | Hunton Andrews Kurth LLP |
| 201 North Franklin Street, 7th Floor | 1445 Ross Avenue, Suite 3700 |
| Tampa, FL 33602 | Dallas, TX 75202 |
| Telephone: (813) 223-5505 | Telephone: (214) 979-8229 |
| Facsimile:  (813) 223-5402 | aragan@huntonak.com |
| fkerney@forthepeople.com | Counsel for Defendant |
| mmartinez@forthepeople.com | |
| Counsel for Plaintiff | |