# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

JOSEPHINE BENSON,

    Plaintiff,

v.   Case No. 2:18-cv-2874-MSN-cgc

OCWEN LOAN SERVICING, LLC,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed December 24, 2018,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 16), filed September 23, 2019, all claims in this matter are hereby **DISMISSED WITH PREJUDICE**.  Each party shall bear its own attorneys' fees, costs, and expenses.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE


September 24, 2019
Date